# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| LATRECHA RICE,<br><br>  Plaintiff,<br><br>  v.<br><br>ARAMARK SERVICES, INC.,<br><br>  Defendant. | Case No. 1:22-cv-01545-JPC<br><br>Judge J. Philip Calabrese |

## JOINT MOTION TO ADJOURN CASE MANAGEMENT CONFERENCE

Plaintiff LaTrecha Rice ("Plaintiff") and Defendant Aramark Services, Inc. ("Defendant"), by and through their attorneys, jointly request that the Court adjourn the November 15, 2022 case management in light of the Parties' settlement, in principle, of Plaintiff's claims. In support of this joint motion, the Parties state as follows:

1. Plaintiff filed her Complaint on October 31, 2022. *See* Dkt. 1. Defendant filed its Answer and Defenses to the Complaint on October 17, 2022. *See* Dkt. 9.

2. On September 20, 2022, the Court entered an Order scheduling a Case Management Conference for November 15, 2022. *See* Dkt. 4.

3. Since that time, counsel for the Parties have met on multiple occasions to discuss, *inter alia*, case planning and scheduling, the substance of Plaintiff's complaint, and other related issues. The Parties also exchanged initial disclosures in accordance with Federal Rule of Civil Procedure 26.

4. In light of these discussions and disclosures, the Parties engaged in settlement discussions and have reached an agreement, in principle, to resolve Plaintiff's claims.

5. Following the execution of a final settlement agreement, the Plaintiff will file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

6. Accordingly, to give the Parties time to finalize their settlement, and to conserve the Parties' resources, the Parties respectfully request that the Court cancel the November 15, 2022 case management conference.

7. Counsel for the Parties have conferred regarding this motion and are jointly seeking the relief requested herein. This motion is brought in good faith and not for purposes of delay.

WHEREFORE, the Parties respectfully request that the Court cancel the November 15, 2022 case management conference in light of the Parties resolution, in principle, of Plaintiff's claims.

Dated: November 9, 2022

/s/ Claire I. Wade-Kilts (with permission)

Claire I. Wade-Kilts
SOBEL, WADE & MAPLEY
55 Erieview Plaza, Suite 370
Cleveland, OH  44114
(216) 223-7213
wade@swmlawfirm.com

*Counsel for Plaintiff*

Respectfully submitted,

/s/ Eric M. Makinen

Andrew J. Barber (Ohio Bar No. 0091160)
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre, Thirty-Second Floor
Pittsburgh, PA  15219
(412) 560-3300
(412) 560-7001 (fax)
andrew.barber@morganlewis.com

Michael J. Puma (pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
(215) 963-5000
(215) 963-5001 (fax)
michael.puma@morganlewis.com

Eric M. Makinen (pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive
Chicago, IL  60606
(312) 324-1000
(312) 324-1001 fax
eric.makinen@morganlewis.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

  I, Eric M. Makinen, an attorney, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's CM/ECF electronic filing system, which will provide service to all counsel of record.

                           */s/ Eric M. Makinen*