# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| LATRECHA RICE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARAMARK SERVICES, INC.,<br><br>　　　　　Defendant. | Case No. 1:22-cv-01545-JPC<br><br>Judge J. Philip Calabrese |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

　　　It is hereby stipulated, by and between counsel for Plaintiff LaTrecha Rice ("Plaintiff") and Defendant Aramark Services, Inc. ("Defendant"), that all the claims set forth by Plaintiff against Defendant in the above-captioned action are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party shall bear their own fees and costs.

Dated: November 15, 2022

*/s/ Claire I. Wade*

Claire I. Wade (0093174)
SOBEL, WADE & MAPLEY
55 Erieview Plaza, Suite 370
Cleveland, OH  44114
(216) 223-7213
wade@swmlawfirm.com

*Counsel for Plaintiff*

Respectfully submitted,

*/s/ Eric M. Makinen (with permission)*

Andrew J. Barber (Ohio Bar No. 0091160)
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre, Thirty-Second Floor
Pittsburgh, PA  15219
(412) 560-3300
(412) 560-7001 (fax)
andrew.barber@morganlewis.com

Michael J. Puma (pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
(215) 963-5000
(215) 963-5001 (fax)
michael.puma@morganlewis.com

Eric M. Makinen (pro hac vice)

MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive
Chicago, IL  60606
(312) 324-1000
(312) 324-1001 fax
eric.makinen@morganlewis.com

*Counsel for Defendant*

2

## **CERTIFICATE OF SERVICE**

    I, Claire I. Wade, an attorney, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's CM/ECF electronic filing system, which will provide service to all counsel of record.

                                                                                          */s/ Claire I. Wade*